**JOHN TATUM**
ATTORNEY AT LAW

AP,77,021
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/24/2015 8:37:27 PM
Accepted 3/25/2015 8:55:42 AM
ABEL ACOSTA
CLERK

990 S. Sherman
Richardson, Texas 75081
(972) 705-9200

March 24, 2015

Court of Criminal Appeals
c/o Abel Acosta
Chief Deputy Clerk
P.O. Box 12308
Capitol Station
Austin, Texas 78711

FILED IN
COURT OF CRIMINAL APPEALS

March 25, 2015

ABEL ACOSTA, CLERK

Re:     Oral argument in Cause No. AP-77,021
        Naim Muhammad v. The State of Texas

Dear Mr. Acosta:

I am advising this Honorable Court that I, on behalf of Appellant in the above referenced cause, am advising this court that Mr. Brady Wyatt will be assisting me in presentation of oral argument in the above referenced death penalty case set for submission on April 1, 2015. Mr. Wyatt is qualified to do death penalty cases and has been part of a defense team before in Dallas County in the defense of capital murder death penalty prosecution. He has expressed a desire to learn how to do death penalty appeals and I am giving him an opportunity to assist in the presentation of oral argument in this case. I will accompany him and be present at submission.

Sincerely,


John Tatum